JS - 6

cc: Los Angeles Superior Court, San Pedro Court
NC 042759: order of transfer, docket and remand letter

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.M.G., A Minor, by and through her Guardian Ad Litem, ALICIA GOMEZ LOPEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>TARGET CORPORATION; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No.: CV09-00424 ODW (JTLx)<br><br>LASC CASE NO. NC042759<br><br>**ORDER GRANTING REMAND FROM DISTRICT COURT TO LOS ANGELES SUPERIOR COURT**<br><br>Complaint Filed: 10/1/08 |

The Joint Stipulation and Request of Defendant TARGET CORPORATION and Plaintiff B.M.G., a Minor, by and through her Guardian Ad Litem, ALICIA GOMEZ LOPEZ for Remand to the Los Angeles Superior Court has been fully considered by the Court and IT IS HEREBY ORDERED THAT the Request is GRANTED for the reasons set forth therein. This matter is hereby remanded to the Los Angeles Superior Court without prejudice to the possibility of future removal based on subsequent discovery or developments in the case.

Dated: May 14, 2009

_____
THE HONORABLE OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE

-1-

H:\ODW\CV\2009\424 Ord of Remand 5-14-09.wpd

**ORDER GRANTING REMAND TO SUPERIOR COURT**